# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161238-9 & (136)(137)(142)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

GREAT LAKES CAPITAL FUND FOR
HOUSING LIMITED PARTNERSHIP XII,
      Plaintiff-Appellee,

v

           SC:  161238-9
           COA:  349763; 349931
           Saginaw CC:  18-035570-CB

ERWIN COMPANIES, LLC,
          Defendant-Appellee,

and

STACY ERWIN OAKES,
          Defendant-Appellant.

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 13, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motions to stay the Court of Appeals proceedings and to correct clerical errors are DENIED.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2020



s0428

                    Clerk